AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seabright, J Michael | District Court - Hawaii | 05/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

300 Ala Moana Blvd.
Room C-409
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of Hawaii salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First Hawaiian Bank Accounts | A | Interest | L | T | | | | | |
| 2. State of Hawaii Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 3. First Foundation Bank Certificate of Deposit | B | Interest | | | Matured | 07/07/20 | M | B | |
| 4. Ameritrade Certificate of Deposit (with BMO Harris Bank) | A | Interest | | | Matured | 02/03/20 | M | C | |
| 5. Schwab Cash Account | A | Interest | N | T | | | | | |
| 6. iShares S&P 500 ETF (IVV) | A | Interest | J | T | Sold (part) | 03/09/20 | L | | |
| 7. | | | | | Buy (add'l) | 03/12/20 | K | | |
| 8. | | | | | Sold (part) | 03/13/20 | K | A | |
| 9. iShares US Treasury Bond ETF (GOVT) | A | Dividend | K | T | Sold (part) | 03/10/20 | J | | |
| 10. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 11. | | | | | Sold (part) | 12/11/20 | K | A | |
| 12. Accenture PLC Class A (ACN) | A | Dividend | | | Sold | 06/15/20 | K | B | |
| 13. Amazon.com, Inc. (AMZN) | | None | K | T | Sold (part) | 03/23/20 | J | A | |
| 14. Berkshire Hathaway Class B (BRKB) | | None | | | Sold | 10/28/20 | K | A | |
| 15. Costco Wholesale Co (COST) | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 16. | | | | | Sold (part) | 01/27/20 | J | C | |
| 17. | | | | | Sold (part) | 03/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 19. Home Depot, Inc. (HD) | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | A | |
| 20. | | | | | Sold<br>(part) | 03/20/20 | J | | |
| 21. | | | | | Sold | 06/11/20 | J | A | |
| 22. Intuitive Surgical (ISRG) | | None | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 23. | | | | | Sold<br>(part) | 03/16/20 | K | | |
| 24. Ishares 1-3 Year Treasurty Bond ETF<br>(SHY) | A | Dividend | J | T | | | | | |
| 25. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy<br>(add'l) | 07/15/20 | K | | |
| 26. | | | | | Sold | 09/03/20 | L | D | |
| 27. | | | | | Buy | 10/01/20 | K | | |
| 28. | | | | | Sold | 10/28/20 | K | | |
| 29. | | | | | Buy | 10/28/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 12/17/20 | K | | |
| 31. Ishares 20 Plus Year Treasury Bond ETF<br>(TLT) | A | Dividend | | | Sold | 03/25/20 | K | D | |
| 32. | | | | | Buy | 06/19/20 | K | | |
| 33. | | | | | Buy<br>(add'l) | 06/22/20 | L | | |
| 34. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/19/20 | K | | |
| 36. | | | L | T | Sold (part) | 11/06/20 | K | | |
| 37. Adobe, Inc. (ADBE) | | None | | | Sold | 02/25/20 | K | C | |
| 38. Amgen, Inc. (AMGN) | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 39. Brookfield Asset Managment (BAM) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 40. Clorox Compnay (CO) | A | Dividend | | | Sold | 04/21/20 | K | C | |
| 41. Walt Disney, Co. (DIS) | A | Dividend | | | Sold | 01/27/20 | K | | |
| 42. Freeport-McMoran, Inc. (FCX) | A | Dividend | K | T | | | | | |
| 43. General Dynamics, Co. (GD) | A | Dividend | | | Sold | 05/14/20 | J | | |
| 44. Graco, Inc. (GGG) | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 45. Goldman Sachs Group (GS) | | None | | | Sold | 02/25/20 | J | | |
| 46. Ishares Core MSCI Total Int'l Stock ETF (IXUS) | | None | | | Sold | 01/27/20 | K | | |
| 47. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 03/10/20 | J | | |
| 48. The Coca-Cola Company (KO) | | None | | | Sold | 02/27/20 | K | B | |
| 49. Mastercard Inc. Class A (MA) | A | Dividend | | | Sold (part) | 01/27/20 | J | C | |
| 50. | | | | | Sold (part) | 09/04/20 | J | A | |
| 51. | | | | | Sold | 10/28/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp. (MSFT) | A | Dividend | J | T | | | | | |
| 53. Northrop Grumman Co. (NOC) | A | Dividend | | | Sold (part) | 02/28/20 | J | B | |
| 54. | | | | | Sold | 06/25/20 | J | A | |
| 55. Stryker Corp. (SYK) | A | Dividend | | | Sold | 02/28/20 | J | | |
| 56. | | | K | T | Buy | 12/17/20 | J | | |
| 57. Sysco Corp. (SYY) | A | Dividend | | | Sold | 02/25/20 | J | A | |
| 58. Visa, Inc. Class A (V) | A | Dividend | | | Sold (part) | 01/27/20 | J | B | |
| 59. | | | | | Sold (part) | 09/04/20 | J | A | |
| 60. | | | | | Sold | 10/28/20 | J | A | |
| 61. Vanguard Real Estate ETF (VNQ) | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 62. | | | | | Buy | 02/27/20 | J | | |
| 63. | | | | | Sold | 03/18/20 | J | | |
| 64. Verizon Communicaton (VZ) | A | Dividend | K | T | Sold (part) | 03/20/20 | J | | |
| 65. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 66. SPDR Consumer Discretionary ETF (XLY) | | None | | | Sold | 01/27/20 | K | A | |
| 67. Alphabet Inc. Class C (GOOG) | | None | | | Sold | 03/23/20 | J | | |
| 68. iShares Gold ETF (IAU) | | None | J | T | Buy (add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 09/23/20 | K | D | |
| 70.    Apple Inc. (AAPL) | A | Dividend | K | T | Buy | 06/30/20 | J | | |
| 71.    Caterpillar, Inc. (CAT) | | None | K | T | Buy | 11/10/20 | K | | |
| 72.    Cisco Systems, Inc. (CSCO) | | None | | | Buy | 01/09/20 | J | | |
| 73. | | | | | Sold | 02/25/20 | J | | |
| 74.    CSX Corporation (CSX) | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 75.    Danaher Corporation (DHR) | | None | | | Buy | 01/19/20 | K | | |
| 76. | | | | | Sold | 02/27/20 | K | | |
| 77.    iShares MSCI Australia ETF (EWA) | A | Dividend | J | T | Buy | 10/15/20 | J | | |
| 78.    iShares MSCI Canada ETF (EWC) | A | Dividend | J | T | Buy | 10/15/20 | J | | |
| 79.    iShares MSCI Japan ETF (EWJ) | A | Dividend | K | T | Buy | 11/05/20 | K | | |
| 80. | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 81.    iShares MSCI Singapore ETF (EWS) | A | Dividend | K | T | Buy | 07/13/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 83.    Invesco Currency Shares Australian Dollar<br>Trust (FXA) | | None | K | T | Buy | 07/23/20 | K | | |
| 84.    iShares Core MSCI Emerging ETF (IEMG) | A | Dividend | K | T | Buy | 11/25/20 | K | | |
| 85. | | | | | Buy<br>(add'l) | 12/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Seabright, J Michael** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | iShares Core S&P Mid Cap ETF (IJH) | | None | | | Buy | 04/14/20 | K | | |
| 87. | | | | | | Sold | 05/14/20 | J | | |
| 88. | iShares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Buy | 04/14/20 | J | | |
| 89. | | | | | | Sold | 05/14/20 | J | | |
| 90. | | | | | | Buy | 11/09/20 | K | | |
| 91. | | | | L | T | Buy (add'l) | 12/17/20 | K | | |
| 92. | McDonald's Corporation (MCD) | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 93. | Merck & Co, Inc. (MRK) | | None | J | T | Buy | 09/24/20 | J | | |
| 94. | | | | | | Sold | 10/28/20 | J | | |
| 95. | | | | | | Buy | 10/28/20 | J | | |
| 96. | Raytheon Technologies Corp (RTX) formerly known as RTN | A | Dividend | | | Buy | 01/09/20 | J | | |
| 97. | | | | | | Sold | 06/11/20 | J | | |
| 98. | Starbucks Corporation (SBUX) | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 99. | | | | | | Sold | 01/28/20 | J | | |
| 100. | | | | | | Buy | 09/24/20 | J | | |
| 101. | iShares Silver Trust ETF (SLV) | | None | J | T | Buy | 04/15/20 | K | | |
| 102. | | | | | | Buy (add'l) | 07/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 09/23/20 | K | D | |
| 104.  Thermo Fisher Scientific Inc. (TMO) | | None | J | T | Buy | 12/17/20 | J | | |
| 105.  Union Pacific Corporation (UNP) | A | Dividend | K | T | Buy | 01/09/20 | J | | |
| 106. | | | | | Sold | 02/28/20 | J | | |
| 107. | | | | | Buy | 11/11/20 | K | | |
| 108.  Walmart Inc. (WMT) | | None | J | T | Buy | 09/24/20 | J | | |
| 109.  Pimco Enhanced Short Maturity (MINT) | A | Dividend | L | T | Buy | 06/22/20 | L | | |
| 110.  U.S. Treasury Note 2.65% (9128284U1) | A | Interest | K | T | | | | | |
| 111.  U.S. Treasury Note 2.% (9128283S7) | A | Interest | | | Sold | 01/31/20 | K | | |
| 112.  U.S. Treasury Strip (912833LC2) | | None | K | T | | | | | |
| 113.  U.S. Treasury Note (Inflation Index .125%)<br>(912828K33) | A | Interest | | | Sold | 04/15/20 | K | A | |
| 114.  U.S. Treasury Note 2.125% (912828RC6) | B | Interest | | | Buy | 06/03/20 | M | | |
| 115. | | | | | Sold | 12/11/20 | M | A | |
| 116.  U.S. Treasury Note 2.75% (9128283W8) | A | Interest | | | Buy | 06/03/20 | L | | |
| 117. | | | | | Sold | 12/11/20 | L | A | |
| 118.  U.S. Treasury Bill (9127963J6) | | None | | | Buy | 09/30/20 | K | | |
| 119. | | | | | Sold | 12/10/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  U.S. Treasury Bill (9127963T4) | | None | M | T | Buy | 10/15/20 | M | | |
| 121.  U.S. Treasury Bill (912796TJ8) | | None | | | Buy | 03/17/20 | L | | |
| 122. | | | | | Sold | 08/19/20 | L | A | |
| 123.  U.S. Treasury Bill (912796TT6) | | None | | | Buy | 02/13/20 | K | | |
| 124. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 125. | | | | | Sold | 05/07/20 | L | A | |
| 126.  U.S. Treasury Bill (912796SH3) | | None | | | Buy | 02/26/20 | K | | |
| 127. | | | | | Sold | 03/26/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J Michael | 05/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J Michael Seabright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544